IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEICO INSURANCE COMPANY** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:07cv1004 LG-JMR** |
| | § | |
| **FREDERICK HALL, ET AL.** | § | **DEFENDANTS** |

## JUDGMENT

This matter came on to be heard on the Defendant Nancy White's Motion for Summary Judgment and the cross Motion for Summary Judgment of Plaintiff GEICO Insurance Company. The Court, after a full review and consideration of the Motions, the pleadings on file and the relevant legal authority, finds that in accord with its order entered herewith,

IT IS THEREFORE ORDERED AND ADJUDGED that because there is no genuine issue as to any material fact, Plaintiff GEICO Insurance Company's Motion for Summary Judgment [44] is **GRANTED** and the Defendant Nancy White's Motion for Summary Judgment [42] is **DENIED**.

**IT IS, FURTHER ORDERED AND ADJUDGED** that Defendant GEICO Insurance Company's automobile insurance policy limits Nancy White to recovery of $25,000. This matter is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 1st day of October, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE